UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.     26-MJ-8112-RM

UNITED STATES OF AMERICA

v.

ROLANDO AGUILAR ESCOBAR,
    a/k/a Domingo Diego-Hernandez,

                    Defendant.        /



FILED BY    SP    D.C.

Feb 9, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)?     NO

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?    NO

3. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   NO

4. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   NO

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY:  /s/ Marc Osborne
MARC OSBORNE
Assistant United States Attorney
Court ID# A5500796
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1014
marc.osborne@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 26-MJ-8112-RMM |
| ROLANDO AGUILAR ESCOBAR, a/k/a Domingo Diego-Hernandez, | ) |
| *Defendant(s)* | ) |

FILED BY ___SP___ D.C.
Feb 9, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 12, 2025 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1326(a) & (b)(1) | Illegal re-entry into the United States after deportation or removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

DO Luis Camacho, ICE
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: 2/9/26

_____
Judge's signature

City and state: West Palm Beach, FL       Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**LUIS CAMACHO**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
<u>**IMMIGRATION AND CUSTOMS ENFORCEMENT**</u>

I, Luis Camacho, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Rolando AGUILAR ESCOBAR, also known as Domingo DIEGO-HERNANDEZ, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about October 16, 2025, Rolando AGUILAR ESCOBAR, electronically filed an Application for Asylum and for Withholding of Removal, Form I-589 with U.S. Citizenship and Immigration Services (CIS).

4. On or about November 12, 2025, Rolando AGUILAR ESCOBAR was fingerprinted at the U.S. CIS, Application Support Center located at 1661-B South Congress Avenue, West Palm Beach, Florida 33406 in connection with the above application. Rolando AGUILAR ESCOBAR's fingerprints were scanned into The Automated Biometric Identification System (IDENT), Department of Homeland Security central database for storing and processing

biometric and biographic information for national security, law enforcement, immigration, and other related purposes. The results were available the same day. The results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States under the name Domingo DIEGO-HERNANDEZ.

5. A review of the immigration records shows that Rolando AGUILAR ESCOBAR is a native and citizen of Guatemala. Records further show that on or about March 27, 2002, Rolando AGUILAR ESCOBAR, under the name Domingo DIEGO-HERNANDEZ, was ordered removed from the United States. The Order of Removal was executed on or about December 18, 2014, whereby Rolando AGUILAR ESCOBAR was removed from the United States and returned to Guatemala.

6. Thereafter, Rolando AGUILAR ESCOBAR re-entered into the United States illegally and was removed and returned to Guatemala on or about January 29, 2015.

7. Thereafter, Rolando AGUILAR ESCOBAR re-entered into the United States illegally and was removed on or about November 8, 2020, under Title 42, United States Code, Section 265.

8. Records further show that on or about October 24, 2014, in the Fifteenth Judicial Circuit Court, in and for, Palm Beach County, Florida, Rolando AGUILAR ESCOBAR was convicted of the felony offense of attempted burglary of a dwelling, in case number 2014CF006776AMB.

9. On or about February 7, 2026, Rolando AGUILAR ESCOBAR was arrested in Palm Beach County, Florida for the charge of driving under the influence with a breath alcohol concentration above .15. He was booked and detained at the Palm Beach County Jail.

10. A record check was performed in the Computer Linked Application Informational Management System to determine if Rolando AGUILAR ESCOBAR filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Rolando AGUILAR ESCOBAR obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law, under either the name Rolando AGUILAR ESCOBAR or the name Domingo DIEGO-HERNANDEZ.

11. Based on the foregoing, I submit that probable cause exists to believe that, on or about November 12, 2025, Rolando AGUILAR ESCOBAR, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Luis Camacho
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this ____9____ day of February 2026.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: ROLANDO AGUILAR ESCOBAR, a/k/a Domingo Diego-Hernandez

**Case No**: _____

Count #: 1

Illegal re-entry into the United States after deportation or removal

Title 8, United States Code, Section 1326(a) and (b)(1)

* **Max. Term of Imprisonment: up to 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: up to 3 years**
* **Max. Fine: up to $250,000**
* **Special Assessment: $100 upon conviction**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**